UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.                                      CASE NO.: 1:20-cv-4566

ABG JUICY COUTURE, LLC

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 5, 2020

| For Plaintiff Pamela Williams | For Defendant ABG Juicy Couture, LLC |
|---|---|
| *(signature)* | *(signature)* |
| David Paul Force | Edmund John Ferdinand |
| Stein Saks, PLLC | Ferdinand IP, LLC |
| 285 Passaic Street | 450 7th Ave Suite 1300 |
| Hackensack, NJ 07601 | New York, NY 10123 |
| Ph: 201-282-6500 | Ph: 212-220-0523 |
| dforce@steinsakslegal.com | jferdinand@24iplg.com |

SO ORDERED.

*(signature)*

Hon. Ronnie Abrams
11/6/2020